UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 11 Civ. 07387 (JSR) |
| v. | ) | ECF Case |
| | ) | |
| CITIGROUP GLOBAL MARKETS INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
CORRECTED NOTICE OF APPEAL**

Notice is hereby given that the Securities and Exchange Commission, plaintiff in this action, appeals to the United States Court of Appeals for the Second Circuit from the order entered on November 28, 2011, which rejected a proposed consent judgment that the parties presented to the district court and which directed the parties to prepare for trial in July 2012.

The parties to the judgment are:

**Plaintiff Securities and Exchange Commission**

Matthew Martens
Jeffery Infelise
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

**Defendant Citigroup Global Markets Inc.**

Brad Karp
Theodore Wells
Susanna Buergel
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Dated: Washington, D.C.                                                                Respectfully submitted,

December 15, 2011

   /s/ Matthew T. Martens
Matthew T. Martens (MM5450)
Chief Litigation Counsel
Jeffery Infelise (DC0456998)
Assistant Chief Litigation Counsel
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
(202) 551-4481
(202) 772-9246 (fax)
martenm@sec.gov
infelisej@sec.gov

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 15, 2011.

   s/Jeffery T. Infelise
Jeffery T. Infelise

### SERVICE LIST

| | |
|---|---|
| Brad Karp<br>Theodore Wells<br>Susanna Buergel<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019<br>bkarp@paulweiss.com<br><br>*Counsel for Defendant Citigroup Global Markets Inc.* | John W. Keker<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>jkeker@kvn.com<br><br>*Attorney for Brian H. Stoker* |