UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  :  <br> : <br>Plaintiff,  : <br> : 11 Civ. 07387 (JSR) <br>v.  : <br> : ECF Case <br>CITIGROUP GLOBAL MARKETS INC.,  : <br> : <br>Defendant.  : | |

---

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated December 16, 2011, and all prior proceedings in this action, the plaintiff will move this Court, at the Courthouse, 500 Pearl Street, New York, New York, on the return date to be specified by the Court for an order staying this proceeding matter pursuant to Federal Rule of Appellate Procedure 8(a)(1)(A) pending the plaintiff's appeal.

PLEASE TAKE FURTHER NOTICE that responses are due on December 30, 2011.

Dated:  Washington, D.C.
        December 16, 2011

Respectfully submitted,

/s/ Matthew T. Martens
Matthew T. Martens (MM5450)
Chief Litigation Counsel
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4481
(202) 772-9362 (fax)
martensm@sec.gov