N.Y.S.D. Case #
11-cv-7387(JSR)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of December, two thousand and eleven.

Before: Susan L. Carney,
    *Circuit Judge.*

UNITED STATES SECURITIES & EXCHANGE COMMISSION,

 *Plaintiff-Appellant-Cross Appellee*,

v.

CITIGROUP GLOBAL MARKETS INC.,

 *Defendant-Appellee-Cross Appellant.*

**ORDER**

Docket No.: 11-5227 (L)
      11-5242 (XAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 28, 2011

IT IS HEREBY ORDERED that the emergency motion by the United States Securities and Exchange Commission to stay proceedings in the District Court in docket no. 11-cv-7387 pending appeal and to expedite the appeal will be submitted to a motions panel on Tuesday, January 17, 2012. In the interim, proceedings in the District Court are stayed until a ruling by the motions panel.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE: Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/27/2011