UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| | : 11 Civ. 07387 (JSR) |
| v. | : |
| | : ECF Case |
| CITIGROUP GLOBAL MARKETS INC., | : |
| Defendant. | : |

**NOTICE OF THE WITHDRAWAL
OF MATTHEW T. MARTENS AS COUNSEL**

PLEASE TAKE NOTICE that, subject to the approval of the Court, Matthew T. Martens hereby withdraws as an attorney-of-record for plaintiff Securities and Exchange Commission ("SEC") in this action. If approved by the Court, the remaining attorneys of record for the SEC will continue to represent it in this matter.

Dated: Washington, D.C.
       March 20, 2013

Respectfully submitted,

/s/ *Matthew T. Martens*
Matthew T. Martens
Attorney for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4481
martensm@sec.gov

2

**CERTIFICATE OF SERVICE**

    I certify that on March 20, 2013, I electronically filed the foregoing NOTICE OF THE WITHDRAWAL OF MATTHEW T. MARTENS AS COUNSEL using the CM/ECF system, which will send notification of such filing to the following email address:

> bkarp@paulweiss.com
> Brad Scott Karp
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 1285 Avenue of the Americas
> New York, New York 10019
> Attorney for defendant Citigroup Global Markets Inc.

                                              /s/ *Matthew T. Martens*
                                              Matthew T. Martens