UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

CITIGROUP GLOBAL MARKETS INC.,

Defendant.

11-CV-7387 (JSR)

ECF CASE

---

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX LIABILITIES

The Court, having reviewed the Motion to Disburse Funds to Pay Tax Liabilities ("Motion") filed by plaintiff Securities and Exchange Commission ("SEC" or "Commission") and the supporting Declaration of Jude P. Damasco in Support of Request to Make Payment for Taxes ("Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court ("Clerk") shall issue a check on CRIS account number 11-cv-7387 (JSR) under the case name designation SEC v. Citigroup Global Markets Inc., in the amount of $3,000.00 payable to "Damasco & Associates Trust Account," for the payment of federal tax obligations for the Distribution Fund as set forth in the Declaration. The check shall include the notation "SEC v. Citigroup, No. 11-cv-7378, EIN XX-XXX9231, 4Q 2015 Taxes."

2. The Clerk shall send the check by overnight mail to:

    Damasco and Associates LLP
    700 Monte Vista Lane
    Half Moon Bay, CA 94019
    Phone: 650-726-4100

The Commission's counsel shall provide the Clerk with the necessary overnight shipping information and the SEC's billing number.

Dated: 12/10/15

_____
United States District Judge