UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITIGROUP GLOBAL MARKETS INC., ) <br> ) <br> Defendant. ) <br> ) | 11-cv-7387 (JSR) |

**PLAINTIFF U.S. SECURITIES AND EXCHANGE COMMISSION'S SUBMISSION OF DISTRIBUTION AGENT'S PROGRESS UPDATE**

Plaintiff United States Securities and Exchange Commission ("SEC" or the "Commission") respectfully submits this Progress Update on behalf of RCB Fund Services, LLC, ("RFS") the Court-appointed Distribution Agent in the above-captioned matter. This Court's Order of May 23, 2017 (the "2017 Order") appointed RFS as the distribution agent to administer the Citigroup Global Markets Inc. Fair Fund (hereinafter the "CGMI Fair Fund"). This progress update is intended to inform the Court of the status of the distribution.

*Background*

The 2017 Order established the CGMI Fair Fund to distribute disgorgement, prejudgment interest and a civil penalty paid by Citigroup Global Markets Inc. Pursuant to the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act, the CGMI Fair Fund was to be distributed to investors that were harmed by misrepresentations and omissions of material facts

made in connection with the marketing of the collateralized debt obligation called Class V Funding III.

### *Status of the Distribution*

On July 1, 2019, the Commission filed a Motion for an Order approving the Distribution Plan for the CGMI Fair Fund and authorizing the disbursement of the CGMI Fair Fund pursuant to the Distribution Plan.  The Court issued an Order dated August 8, 2019 approving the Distribution Plan and authorizing the disbursement of the CGMI Fair Fund pursuant to the Distribution Plan.

Since the Court's August 8, 2019 Order, the Distribution Agent has taken steps to distribute the CGMI Fair Fund in accordance with the terms of the Distribution Plan.  Since the total eligible loss amount for all eligible investors as detailed in the Distribution Plan exceeded the amount of the net available CGMI Fair Fund, the Distribution Agent performed a *pro rata* distribution of the CGMI Fair Fund.

The Distribution Agent made three *pro rata* payments to the eligible investors (Ambac, BNP Paribas, and Basis) equal to 58.73% of their losses.  These payments totaling $294,473,181 were executed in three (3) wire transfers over the course of two days: September 26, 2019 and September 27, 2019.  Each of the three eligible investors has confirmed receipt of the wire transfer with the Distribution Agent.

The Distribution Agent is now working with the Tax Administrator to ensure that all tax obligations are properly satisfied before the CGMI Fair Fund can be terminated.

Dated: <u>October 24, 2019</u>                    Respectfully submitted,


<u>s/ Nancy Chase Burton</u>
Nancy Chase Burton (CO Bar # 101615)
Attorney for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
202.551.4425
burton@sec.gov

## **CERTIFICATE OF SERVICE**

    I, Nancy Chase Burton, certify that on October 24, 2019, a copy of the foregoing Distribution Agent's Progress Report was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                         s/ Nancy Chase Burton
                                         Nancy Chase Burton