```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>CITIGROUP GLOBAL MARKETS INC.,<br><br>    Defendant. | 11-cv-7387 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On September 3, 2024, counsel for RCB Fund Services, LLC ("RFS"), the Court-appointed Distribution Agent in the above-captioned case, requested that the Court schedule a pre-motion conference in connection with a contemplated motion to compel defendant Citi Group Global Markets Inc. ("Citi") to pay outstanding invoices. On September 5, 2024, Counsel for Citi responded by requesting that the Court order the parties to meet and confer instead. The Court hereby grants RFS's request and orders the parties to jointly call chambers on September 24, 2024, at 11:00 AM. The dial-in information for the call is as follows: USA Toll-Free: (888) 363-4735; USA Caller Paid/International Toll: (215) 446-3657; Access Code: 1086415. In the meantime, the parties are encouraged to meet and confer.

SO ORDERED.

New York, NY
9/6, 2024

_____
JED S. RAKOFF, U.S.D.J.