UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
U.S. SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

    -against-

CITIGROUP GLOBAL MARKETS,
INC.,

        Defendant.
```

11-cv-7387 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On September 10, 2024, the parties advised the Court that they have reached a settlement agreement in principle and therefore wish to vacate the application made on September 3, 2024. Accordingly, the conference scheduled for September 24, 2024 is canceled.

    SO ORDERED.

New York, NY
September 10, 2024

                                                  /s/ Jed S. Rakoff
                                            JED S. RAKOFF, U.S.D.J.