UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

U.S. SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

CITIGROUP GLOBAL MARKETS INC.,

Defendant.

11-cv-7387 (JSR)

[PROPOSED] ORDER APPROVING THE FINAL REPORT AND ACCOUNTING AND TERMINATING THE FAIR FUND

The Court, having reviewed the Distribution Agent's Final Report and the Accounting attached thereto as Appendix A (collectively, the "Report"), which were submitted by the Securities and Exchange Commission (the "SEC"); and Defendant Citigroup Global Markets ("CitiGM") having been duly served with a copy of the Report and the Proposed Order, and having filed no objections, for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Final Report and Accounting are **Approved**;

2. The Fair Fund is **Terminated**; and

3. Pursuant to notification to this Court by SEC staff and/or the Distribution Agent, RCB Fund Services, LLC ("RFS"), that CitiGM has paid RFS' final invoice, as required under the Court's May 19, 2017 Order, and there are no outstanding issues, the Distribution Agent will be discharged and the case closed.

SO ORDERED.

Dated: ~~October ___, 2024~~ 2/3/25
New York, NY

_____
JED S. RAKOFF, U.S.D.J.

1